

## Informal Resolution Request
## Response

**To:** Harrison, Kevin #1120324

**Institution:** Southeast Correctional Center

**IRR Number:** 21-94

**Date of IRR:** 2/3/21

Your IRR has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be: You injured your finger and it did not get assessed for three months.

Subsequent to review and investigation, the results are as follows: You initially injured your finger in March 2020 and an Xray was done same day. There was no sign of acute fracture but it was noted that a slight ulnar displacement was possible. Your finger was splinted. You were seen by your provider and the site physician several times with different complaints afterwards and did not complain of finger pain until October 2020 when you state you hurt the same finger in a use of force. After that you went on hunger strike and no further complaints about your pinky until late December 2020, when you self declared about several things to include your pinky. On January 12th, you put in an HSR about your pinky and was seen on January 14th by the provider. Your provider ordered an Xray and it was done on January 21st. It is noted, no acute fracture/ normal findings.

In conclusion, you have been seen for your complaints of injury to your finger.

If your medical condition changes please address any concerns through the sick call process at your facility.

2/5/21
Date Received

3/11/21
Date of Response

Molly Leija RN/ HSA
Health Service Administrator

Grievance Category:   I   II   III   IV   V   VI   VII   VIII   IX   X

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### INFORMAL RESOLUTION REQUEST

RECEIVED FEB 05 2021

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

**OFFENDER NAME:** Harrison Kevin C. CRITON
**DOC NUMBER:** 1120324
**DATE STAFF MEMBER RECEIVED IRR:** 2/3/21
**COMPLAINT NUMBER:** SECC 21-94
**CATEGORY:** 5
**HOUSING UNIT:** 1

### STATE YOUR COMPLAINT/PROBLEM BRIEFLY - ONE ISSUE - BE SPECIFIC

I injured my right pinkie on 10.26.20. When I was placed in Ad-Seg nurse Trent assessed me & I told him about the injury. He told me to give it a few days to see if the swelling goes down. The next day I saw at about 4am saw nurse Crystal because of the use of force causing injury. End up with Covid-19. Told would get treated after quarantine by D.O.N Roxanne. Nerve happen. Place multiple HSRs in about pain & discomfort. Did not get even a X-Ray until 3 months later. Still very painful. X-Rays taken Jan 21, 21.

### ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING

- To not be oppressed by Corizon.
- $250,000 actual damages / $1,000,000 punitive damages

**OFFENDER SIGNATURE:** Kevin T. Harrison Jr.
**DATE:** 1.27.2021

---

### STAFF USE ONLY

### DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)

IRR Not Resolved by discussion

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN
☑ IRR NOT RESOLVED BY DISCUSSION

**OFFENDER SIGNATURE:** Kevin T. Harrison Jr.    **DATE:** 3.11.2021
**STAFF SIGNATURE:** Molly Leija RN    **DATE:** 3/11/21

### STAFF FINDINGS/RESPONSE

RECEIVED MAR 1[?] SECC A[?]

**INVESTIGATING STAFF SIGNATURE:** M. Leija RN    **DATE:** 3/11/21
**RESPONDENT SIGNATURE:** M. Leija RN    **DATE:** 3/11/21
**REVIEWER SIGNATURE:** [signature] #11709    **DATE:** 03.24.2021
**RESULTS:** ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

**OFFENDER SIGNATURE:** _____    **DATE:** _____

## OFFENDER GRIEVANCE APPEAL RESPONSE

**TO:** Harrison, Kevin #1120324

**INSTITUTION:** Southeast Correctional Center

**GRIEVANCE NUMBER:** SECC-21-94

**DATE OF APPEAL:** July 20, 2021

Your grievance appeal has been received and reviewed. As well, your medical record has been reviewed. The purpose of this review is to determine if medically necessary healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires. Please note only one grievance issue will be addressed per IRR per MODOC policy.

I understand your one original IRR complaint to be that "you feel that an injury to your right pinkie finger on 10/26/2020 was not assessed for three months."

Upon review of your medical record, grievance records and investigation of your concern, I found that your medical record shows that you were involved in a use of force on 10/27/2020. You reported that you had re-injured your right fifth finger and complained of pain. You were assessed, evaluated, and protocol was followed. Your record does not show any complaints again until you were seen on 12/27/2020 in nurse sick call. You were referred to the provider and seen on 1/14/2021 the provider ordered an x-ray that was completed on 1/21/2021. The findings showed no fracture and no change from your previous injury to your finger. You were to be seen on 4/16/2021 and 4/22/2021 for your right fifth finger pain and you did not show for your appointments in nurse sick call. Please continue with your current plan of care and attend all scheduled appointments as your need for additional evaluation and treatment will be determined at that time. You are encouraged to continue being an active participant in your healthcare.

Conclusion: It has been found that based on the information above, your Grievance Appeal is not supported, as outlined above. Your record shows treatment for your medical healthcare issues by licensed, qualified healthcare professionals with many years of experience. We reply upon the independent, discretionary medical judgment of the site physicians to determine appropriate care, medication and treatment as needed. This should resolve your grievance. No further action is indicated at this time. Should your medical condition change, please address any concerns through your private physician.

**August 05, 2021**     **August 12, 2021**     _____
**Date Received**       **Date of Response**    J. Cofield
                                                Constituent Services

                                                _____
                                                Reviewed by/ Date
                                                T. Bredeman, D.O. Assoc. Regional Medical Director



| STATE OF MISSOURI DEPARTMENT OF CORRECTIONS **OFFENDER GRIEVANCE APPEAL** | GRIEVANCE NUMBER SECC-21-94 | RECEIVED DATE FILED JUL 20 2021 |
|---|---|---|
| OFFENDER NAME (LAST NAME, FIRST) Harrison Kevin | DOC NUMBER 1120324 | INSTITUTION SECC GRIEVANCE OFFICE |

**REASON FOR APPEAL**

See attached

| OFFENDER SIGNATURE Kevin T. Harrison Jr. | DATE 7-8-2021 |
|---|---|

**RESPONSE**

RECEIVED JUL 30 2021 DIRECTOR, DIV OF OFFENDER REHABILITATIVE SERVICES

RECEIVED AUG 05 2021 CORIZON HEALTH MISSOURI REGIONAL OFFICE

I

| SIGNATURE | DATE |
|---|---|

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3378 (5-03)

## OFFENDER GRIEVANCE APPEAL RESPONSE

| | |
|---|---|
| TO: | Harrison, Kevin #1120324 |
| INSTITUTION: | Southeast Correctional Center |
| GRIEVANCE NUMBER: | SECC-21-106 |
| DATE OF APPEAL: | July 20, 2021 |

Your grievance appeal has been received and reviewed, as well as your medical record has been reviewed. The purpose of this review is to determine if medically necessary healthcare has been provided to you. This assessment of your medical needs may differ from your personal desires. Please note only one grievance issue will be addressed per IRR per MODOC policy.

I understand your one original IRR complaint to be that you would like pain medication for the nerve pain around the scar on your chest.

Upon review of your medical record, grievance records and investigation of your concern, I found that your record shows that you have been seen numerous times for chronic nerve pain of your chest due to a surgical scar. You have been prescribed medication that has been changed and/or adjusted when medically indicated by the provider. You were seen on 3/22/2021 for a second opinion by the provider. You were assessed, evaluated and you medication was reviewed. You were prescribed Nortriptyline 25 mg, Ibuprofen 600 mg and Gabapentin 400 mg. You were to be seen for a physical on 4/16/2021 and you refused the appointment. You are enroll in the Chronic Care Internal Medicine Clinic and you were seen on 6/07/2021. You were assessed, your plan of care was discussed and you were educated on a low salt, low cholesterol diet and encouraged to exercise. You are being seen on a regular basis for your healthcare concerns. You will continue to receive medical care as deemed necessary by the medical provider. Please attend all scheduled appointments, as your need for additional evaluation and treatment will be determined at that time. You are encouraged to continue being an active participant in your healthcare.

Conclusion: It has been found that based on the information above, your Grievance Appeal is not supported, as outlined above. Your record shows treatment for your medical issues by licensed, qualified healthcare professionals with many years of experience. We rely upon the independent, discretionary medical judgment of the site physicians to determine appropriate care, medication and treatment as needed. This should resolve your grievance. No further action is indicated at this time. Should your medical condition change, please address any concerns through the sick call process at your facility.

August 05, 2021
Date Received

August 13, 2021
Date of Response

J. Cofield
Constituent Services

Reviewed by/Date
T. Bredeman, D.O. Assoc. Regional Medical Director

COPY

# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE APPEAL

RECEIVED

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| SECC-21-106 | JUL 20 2021 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Harrison, Kevin | 1120324 | SECC — GRIEVANCE OFFICE |

**REASON FOR APPEAL**

See attached

**OFFENDER SIGNATURE:** Kevin T. Harrison

**DATE:** 7.8.21

**RESPONSE**

RECEIVED JUL 30 2021
DIRECTOR, DIV OF OFFENDER REHABILITATIVE SERVICES

RECEIVED AUG 05 2021
CORIZON HEALTH MISSOURI REGIONAL OFFICE

I

...nalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|

31-3378 (5-03)