UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN T. HARRISON, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-CV-361-PLC ) |
| MICHAEL C. HAKALA, et al. | ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 22nd day of August, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE