## Caption:

Harrison  v. Hakala et al

## USCA#:

## Case Number:

4:22-CV-00361-PLC

## Plaintiff:

KEVIN T. HARRISON JR.

## Defendant:

MICHAEL C. HAKALA, et al.

## Attorney:

Kevin T. Harrison , Jr.
#1120324
JCCC
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101
Email:
PRO SE

## Attorney:

None Found

## Court Reporter(s):

None Found

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | Denied 10/26/2022 | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

## Criminal Cases/Prisoner Pro Se  Cases Only:

Is defendant incarcerated?: Yes     Where: Jefferson City Correctional Center

## Please list all other defendants in this case if there were multiple defendants: