# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 22, 2022

Mr. Kevin T. Harrison Jr.
JEFFERSON CITY CORRECTIONAL CENTER
1120324
8200 No More Victims Road
Jefferson City, MO  65101-0000

RE:  22-3238  Kevin Harrison, Jr. v. Michael Hakala, et al

Dear Mr. Harrison:

    Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

MTB

Enclosure(s)

cc:    Mr. Gregory J. Linhares

District Court/Agency Case Number(s):  4:22-cv-00361-PLC

No: 22-3238

Kevin T. Harrison, Jr.

Plaintiff - Appellant

v.

Michael C. Hakala; Becky D. Lizenbee; Jacquelyn M. Merideth; Trenten W. Dean; Crystal D. Swain; Dana Degen; Nina Hill

Defendants - Appellees

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00361-PLC)

**JUDGMENT**

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

The motion to proceed in forma pauperis is denied as moot.

November 22, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans