# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3238

Kevin T. Harrison, Jr.

Appellant

v.

Michael C. Hakala, et al.

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00361-PLC)

___

**ORDER**

The petition for rehearing by the panel is denied.

January 10, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans