# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3238

Kevin T. Harrison, Jr.

Appellant

v.

Michael C. Hakala, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00361-PLC)

---

**MANDATE**

In accordance with the judgment of November 22, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 17, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit